<div style="text-align:right; font-size:2em;">**JS-6**</div>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY KENNEDY,<br><br>  Plaintiff,<br><br> vs.<br><br>ILWU-PMA COASTWISE INDEMNITY PLAN,<br><br>  Defendant. | Case No.  8:20-cv-02205-JLS-JDE<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**Based on the Stipulation of the Parties**, this case is dismissed in its entirety with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: September 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE